IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM NORKUNAS )
) No. 3-11-0281
v. )
)
RNA, LLC )

O R D E R

The plaintiff's motion for status (Docket Entry No. 41) is GRANTED.

In accordance with the contemporaneously entered memorandum, the plaintiff's application for attorney's fees, costs, and expert's fees (Docket Entry No. 37) is GRANTED to the extent that the plaintiff is awarded a total of $29,204.84 in attorneys' fees, costs and expenses against the defendant.

Plaintiff's counsel shall advise defendant's counsel what portion of the $29,204.84 should be paid to Mr. Fuller's law firm and which portion should be paid to Mr. Street's law firm.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge